**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In the Interest of I.M.S. and C.K.S., Children

Appellate case number:    01-22-00094-CV

Trial court case number:   2020-49033

Trial court:                      257th District Court of Harris County

Appellant, Benjamin Stephens, currently incarcerated and proceeding pro se, filed a notice of appeal from the trial court's order of termination, terminating his parental rights to I.M.S. and C.K.S. On February 9, 2022 appellant filed a "Motion for Extension to File Brief." In his motion, appellant requests a ninety-day extension to file his appellant's brief.

An appellant must file his brief within thirty days, or twenty days in an accelerated appeal, after the completion of the appellate record, consisting of the clerk's record and the reporter's record. *See* TEX. R. APP. P. 38.6(a) (deadline for filing of appellant's brief is thirty days after completion of appellate record). Here, the appellate record has not yet been filed, and according to our records, is due to be filed with this Court on or before April 4, 2022. *See* TEX. R. APP. P. 35.1. Because the appellate record is not complete, and is not yet due, the deadline for the filing of appellant's brief is not yet running. *See* TEX. R. APP. P. 38.6(a). We cannot grant an extension until a deadline is set.

Accordingly, appellant's motion for extension of time to file his appellant's brief is **denied**. Once a deadline has been set, appellant may file a new motion for an extension of time for filing his brief.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                            ☑ Acting individually    ☐ Acting for the Court

Date: ___February 24, 2022_____